UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SOUTHERN UNIVERSITY SYSTEM FOUNDATION | CIVIL ACTION |
| VERSUS | NO. 14-288-JJB-RLB |
| ANDRE HENDERSON, ET AL. | |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on June 5, 2015.

_____
RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SOUTHERN UNIVERSITY SYSTEM            CIVIL ACTION
FOUNDATION

VERSUS            NO. 14-288-JJB-RLB

ANDRE HENDERSON, ET AL.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court *sua sponte* regarding Defendant's failure to serve third-party defendants within the time limitations provided by Rule 4(m) of the Federal Rules of Civil Procedure and failure to prosecute his claims against other third party defendants.

This matter was removed from the Nineteenth Judicial District Court to this court on May 9, 2014. On September 18, 2014, defendant Gary Shelton filed an answer and third party complaint against AT&T, Delta Airlines, Cover Girl, Shell Oil, Pontiac, L'eggs, Coors, Tampax, DaimlerChrysler, Coca-Cola, Bellsouth, and American Airlines. (R. Doc. 6).

In reviewing the record, it appears that summonses were issued on BellSouth / AT&T Southeast Delta Airlines, Cover Girl, L'eggs, and Coca-Cola on October 14, 2014. (R. Doc. 16). On November 15, 2014, executed returns on BellSouth / AT&T Southeast and Coca-Cola were filed by counsel for Gary Shelton. (R. Doc. 17). As of the date of this Report and Recommendation, there have been no responsive pleadings filed by third party defendants BellSouth, AT&T and Coca-Cola. In addition, there have been no returns of service on third party defendants Delta Airlines, Cover Girl, and L'eggs.

On March 2, 2015, the court issued an order requiring defendant Gary Shelton to show cause, in writing, why his claims asserted against third party defendants Delta Airlines, Cover

1

Girl, and L'eggs should not be dismissed under Local Rule 41(b)(1)(A) (former Local Rule 41.2.A) for failure to prosecute where no service has been made within 120 days after filing of the complaint. (R. Doc. 80).[1] The order warned defendant Gary Shelton that failure to show cause in compliance with the order may result in his third party complaint being dismissed as to third party defendants Delta Airlines, Cover Girl and L'eggs. As of the date of this Report and Recommendation, defendant Gary Shelton has failed to show cause, in writing, why his third party complaint as to third party defendants Delta Airlines, Cover Girl and L'eggs should not be dismissed.

The March 2, 2015, order also required defendant Gary Shelton to show cause, in writing, why his claims against third party defendants BellSouth, AT&T and Coca-Cola should not be dismissed under Local Rule 41(b)(1)(B) (former Local Rule 41.2.B) for failure to prosecute in light of his failure to move for entry of default within 60 days after service of the summons and complaint. The order directed defendant Gary Shelton to file a "Motion for Extension of Time to Take a Default" no later than March 25, 2015, should there be good cause for his failure to seek entry of default. As of the date of this Report and Recommendation, defendant Gary Shelton has not filed moved for an extension of time to take default or otherwise showed cause, in writing why, his claims against BellSouth, AT&T, and Coca-Cola should not be dismissed.

The court warned defendant Gary Shelton that failure to comply with the March 2, 2015, order may result in his third party complaint being dismissed as to third party defendants Delta Airlines, Cover Girl, L'eggs, BellSouth, AT&T, and Coca-Cola with or without further notice.

---

[1] Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

**RECOMMENDATION**

It is the recommendation of the magistrate judge that defendant Gary Shelton's third-party claims asserted against third party defendants Delta Airlines, Cover Girl, and L'eggs should be dismissed, without prejudice, under Local Rule 41(b)(1)(A) for failure to prosecute where no service has been made within 120 days after filing of the complaint.

It is the further recommendation of the magistrate judge that defendant Gary Shelton's third-party claims asserted against third party defendants BellSouth, AT&T, and Coca-Cola should be dismissed, without prejudice, under Local Rule 41(b)(1)(B) for failure to prosecute in light of his failure to move for entry of default within 60 days after service of the summons and complaint.

Signed in Baton Rouge, Louisiana, on June 5, 2015.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**